JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                                    | Case No.  CV 17-01163-AB (ASx)
11   Patrick W. McLaughlin
12              Plaintiff,           | ORDER DISMISSING CIVIL ACTION
13   v.
14   Unum Life Insurance Company of
     America
15
16              Defendants.
17
18        THE COURT having been advised by counsel that the above-entitled action has
     been settled;
19
20        IT IS THEREFORE ORDERED that this action is hereby dismissed without
21   costs and without prejudice to the right, upon good cause shown within **30 days,** to re-
22   open the action if settlement is not consummated.  This Court retains full jurisdiction
     over this action and this Order shall not prejudice any party to this action.
23
24
25   Dated:  January 16, 2018      _____
26                                 ANDRÉ BIROTTE JR.
                                   UNITED STATES DISTRICT JUDGE
27
28

                                        1.